# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DION MOORE,**
**ADC #164134**                                                                   **PLAINTIFF**

V.                  **CASE NO. 4:16-CV-477-JLH-BD**

**ROPER, et al.**                                                             **DEFENDANTS**

## ORDER

Dion Moore, an inmate at the Faulkner County Detention Center, has moved to voluntarily dismiss this lawsuit. (Docket entry #3) He explains that he had no intention of bringing this lawsuit. The motion (#3) is GRANTED. Mr. Moore's claims are DISMISSED, without prejudice.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED, this 13th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE